# United States Court of Appeals
## For the First Circuit

No. 18-2158

DEMOND CHATMAN,

Petitioner, Appellant,

v.

DOUGLAS DEMOURA,

Respondent, Appellee.

Before

Howard, Chief Judge,
Torruella and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: May 8, 2019

    Petitioner seeks a certificate of appealability to appeal the district court's denial of his motion filed pursuant to 28 U.S.C. § 2254. We have reviewed the petitioner's memorandum in support of a certificate of appealability and the record below. Upon review, we conclude essentially for the reasons stated in the district court's memorandum and order, dated October 29, 2018, that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

    The request for a certificate of appealability is denied and this appeal is terminated. Petitioner's motion to appoint counsel is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Demond Chatman, Eric A. Haskell, Eva Marie Badway, Chauncey B. Wood